## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HISCOX INSURANCE COMPANY, INC.,**

    **Plaintiff,**

v.                                                    Case No.: 8:20-CV-221-T-30SPF

**COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD and TERRY GENE BOLLEA,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE AS COUNSEL

NOTICE IS HEREBY given to the parties that GREGORY A. HEARING and CHARLES J. THOMAS of the law firm of GRAYROBINSON, P.A., will be appearing as local counsel for Defendants, COX RADIO, INC. and COX ENTERPRISES, INC. All future notices and pleadings of whatsoever kind should also be directed to GREGORY A. HEARING and CHARLES J. THOMAS of GRAYROBINSON, P.A., at its offices located at 401 E. Jackson Street, Suite 2700, Tampa, Florida 33602 or Post Office Box 3324, Tampa, Florida 33601-3324.

Dated this 24th day of February, 2020.

                                             Respectfully submitted,

                                             */s/Gregory A. Hearing*
                                             GREGORY A. HEARING
                                             Florida Bar No. 0817790
                                             gregory.hearing@gray-robinson.com
                                             CHARLES J. THOMAS
                                             Florida Bar No. 986860
                                             charles.thomas@gray-robinson.com
                                             GRAYROBINSON, P.A.

        Post Office Box 3324 (33601-3324)
        401 E. Jackson Street, Suite 2700
        Tampa, Florida 33601
        Telephone: (813) 273-5000
        Facsimile: (813) 273-5145

        Attorneys for Defendants
        Cox Radio, Inc. and Cox Enterprises, Inc.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Shawn Llamar Marquise Hairston, Sr.
    Stephen Hunter Johnson
    LYDECKER DIAZ
    1221 Brickell Avenue, 19th Floor
    Miami, FL 33131
    shairston@lydeckerdiaz.com
    shj@lydeckerdiaz.com

        */s/Gregory A. Hearing*
        Attorney