**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HISCOX INSURANCE**
**COMPANY, INC.,**

        **Plaintiff,**

**v.**                        **Case No.:  8:20-CV-221-T-30SPF**

**COX RADIO, INC., COX**
**ENTERPRISES, INC., MICHAEL**
**CALTA, MATTHEW CHRISTIAN**
**LOYD and TERRY GENE BOLLEA,**

        **Defendants.**

_____/

**UNOPPOSED MOTION FOR LEAVE OF JOSHUA BLOSVEREN TO APPEAR *PRO HAC VICE*, AND WRITTEN DESIGNATION, AND CONSENT TO ACT**

Defendants, COX RADIO, INC. and COX ENTERPRISES, INC. (together "Cox"), pursuant to Local Rule 2.02, Local Rules for the Middle District of Florida, by and through the undersigned attorneys, move this Court for an order allowing Joshua Blosveren to appear *pro hac vice* as counsel for Defendants in the instant action. In support of this motion, Cox states as follows:

1.      Joshua Blosveren is an attorney of the law firm Hoguet Newman Regal & Kenney, LLP.

2.      Mr. Blosveren is an attorney licensed to practice law and is a member of good standing of the bar of the State of New York.

3.      Mr. Blosveren is also admitted to practice before and is in good standing with the United States District Courts for the Southern District of New York and the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

4.      Mr. Blosveren certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York or any other state, nor from any United States Bankruptcy Court, and District Court or Court of Appeals.

5.      Mr. Blosveren is not a resident of the State of Florida, and his law firm does not maintain an office in the State of Florida.

6.      Mr. Blosveren certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida, nor has he abused the privilege provided for in Local Rule 2.02 by making appearances in cases in this district to such a degree as to constitute the maintenance of a regular practice in Florida.

7.      Mr. Blosveren certifies further that he has made himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the Middle District of Florida District Court and the Tampa Division of the United States District Court.

8.      Mr. Blosveren is filing the attached Special Admission Attorney Certification form with the Clerk of Court. (Exhibit A).

9.      Mr. Blosveren designates Gregory A. Hearing, 817790, of GrayRobinson, P.A. 401 East Jackson Street, Suite 2700, Tampa, FL 3362, as the attorney and the law firm upon all notices and papers may be served and who will be responsible for the progress of this case, including the trial in default of Cox.

10.     Through this signature affixed below, Gregory A. Hearing consents to designation as local counsel.

11.    Mr. Blosveren's $150.00 fee payable to Clerk, United States District Court, is hereby submitted to the Clerk along with this Motion and the Special Admission Attorney Certification.

12.    As the foregoing demonstrates, Mr. Blosveren has satisfied all requirements for admission to this Court *pro hac vice* as provided in the Local Rule 2.02(a).

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he has consulted with counsel for Plaintiff and has been informed that Plaintiff does not oppose the relief request in this Motion.

## CONCLUSION

**WHEREFORE**, Defendants, COX RADIO, INC. and COX ENTERPRISES, INC. through the undersigned counsel, respectfully requests that the Court grant the motion and allow Joshua Blosveren to appear *pro hac vice* on behalf of Cox.

DATED this 25th day of February, 2020.

Respectfully submitted,

s/ Gregory A. Hearing
GREGORY A. HEARING
Florida Bar No. 0817790
gregory.hearing@gray-robinson.com
CHARLES J. THOMAS
Florida Bar No. 986860
charles.thomas@gray-robinson.com
GRAYROBINSON, P.A.
Post Office Box 3324 (33601-3324)
401 E. Jackson Street, Suite 2700
Tampa, Florida  33601
Telephone:  (813) 273-5000
Facsimile:  (813) 273-5145

3

Joshua Blosveren
New York Registration No. 4142691
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East, 42nd Street, 28th Floor
New York, NY 10165
Telephone: (212) 689-8808
E-Mail: jblosveren@hnrklaw.com

Attorneys for Defendants
Cox Radio, Inc. and Cox Enterprises, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this $\underline{25^{th}}$ day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Shawn Llamar Marquise Hairston, Sr.
Stephen Hunter Johnson
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
shairston@lydeckerdiaz.com
shj@lydeckerdiaz.com

s/ Gregory A. Hearing
Attorney

5