UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD AND TERRY GENE BOLLEA,<br><br>Defendants. | Case No. 8:20-cv-221-T-30SPF |

## DECLARATION OF ANDREW N. BOURNE IN SUPPORT OF MOTION TO DISMISS OR TRANSFER VENUE

**ANDREW N. BOURNE**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am an attorney admitted to practice law in the State of New York, and am a member of the law firm Hoguet Newman Regal & Kenney, LLP ("HNRK"), attorneys for Defendants Cox Enterprises, Inc. ("CEI") and Cox Radio, Inc. (together, "Cox") in this matter. I have worked on this matter since its inception, and am fully familiar with the prior proceedings in this case and with the facts and circumstances discussed below. I make this declaration based on my own personal knowledge.

2. My firm has associated with local counsel in this matter, GrayRobinson, P.A., and I have been admitted to this Court *pro hac vice* in connection with this matter. (ECF No. 17.)

3. On January 27, 2020, I attended a meeting that was also attended by several representatives of Plaintiff Hiscox Insurance Company, Inc. ("Hiscox"). During this meeting, I informed Hiscox's representatives that CEI would sue Hiscox if the parties could not resolve CEI's claim for insurance coverage in connection with an action filed by Terry Gene Bollea,

better known as Hulk Hogan, in Florida Circuit Court, in Pinellas County under docket number 16-002861-CI.

    4.    On January 28, 2020, CEI filed suit against Hiscox in the United States District Court for the Northern District of Georgia on January 28, 2020. *See Cox Enterprises, Inc. v. Hiscox Insurance Company*, No. 20 Civ. 415 (MHC) (N.D. Ga.).

Dated: February 26, 2020

Respectfully submitted,

/s/ Andrew N. Bourne

Andrew N. Bourne (*pro hac vice* forthcoming)
**Hoguet Newman Regal & Kenney, LLP**
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Telephone: 212.689.8808

*Attorneys for Defendants Cox Radio, Inc. and Cox Enterprises, Inc.*