UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., <br><br> Plaintiff, <br> v. <br> COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD AND TERRY GENE BOLLEA, <br><br> Defendants. | Case No.  8:20-cv-221-T-30SPF |

**NOTICE OF COMPLIANCE OF FILING FEE**
**AND ELECTRONIC REQUIREMENTS**

Defendants Cox Enterprises, Inc. ("CEI") and Cox Radio, Inc. ("Cox Radio") (together, "Cox"), in accordance with the Court's Endorsed Order (Dkt. No. 17), hereby notify the Court, that Cox's counsel, Joshua L. Blosveren, Andrew N. Bourne and Steven M. Silverberg, are in compliance with the filing fee requirement (Filing Fee Receipt Number TPA060194), the electronic registration requirements of Local Rule 2.01(d) and are registered with the Court's CM/ECF system.

Dated this 28th day of February, 2020.

Respectfully submitted,

*/s/Gregory A. Hearing*
GREGORY A. HEARING
Florida Bar No. 0817790
gregory.hearing@gray-robinson.com
CHARLES J. THOMAS
Florida Bar No. 986860
charles.thomas@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
Post Office Box 3324 (33601-3324)

        Tampa, Florida 33602
        Telephone:  (813) 273-5000
        Facsimile: (813) 273-5145

        Joshua L. Blosveren (*admitted pro hac vice*)
        New York Registration No. 4142691
        jblosveren@hnrklaw.com
        Andrew N. Bourne (*admitted pro hac vice*)
        New York Registration No. 4172003
        abourne@hnrklaw.com
        Steven M. Silverberg (*admitted pro hac vice*)
        New York Registration No. 4882742
        ssilverberg@hnrklaw.com
        HOGUET NEWMAN REGAL & KENNEY, LLP
        One Grand Central Place
        60 East 42nd Street, 48th Floor
        New York, New York 10165
        Telephone: (212) 689.8808

        *Attorneys for Defendants Cox Radio and Cox Enterprises, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Shawn Llamar Marquise Hairston, Sr.
    Stephen Hunter Johnson
    LYDECKER DIAZ
    1221 Brickell Avenue, 19th Floor
    Miami, FL 33131
    shairston@lydeckerdiaz.com
    shj@lydeckerdiaz.com

        */s/Gregory A. Hearing*
        Attorney