IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| COX ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HISCOX INSURANCE COMPANY, INC. <br><br> Defendant. | Civil Action No. 1:20-CV-415-MHC |

**PLAINTIFF COX ENTERPRISES, INC.'S
CONSENT MOTION FOR LEAVE TO FILE A SECOND AMENDED
COMPLAINT AND TO HOLD IN ABEYANCE FURTHER BRIEFING ON
DEFENDANT HISCOX INSURANCE COMPANY, INC.'S MOTION TO
DISMISS OR TRANSFER VENUE**

COMES NOW Plaintiff Cox Enterprises, Inc. ("CEI"), by and through the undersigned counsel of record, and moves the Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file a Second Amended Complaint by March 20, 2020. In conjunction with this application, CEI requests that further briefing on Defendant Hiscox Insurance Company's ("Hiscox") motion to dismiss or transfer venue be held in abeyance. Hiscox has consented to these requests, which have not been previously made.

The Second Amendment Complaint will address ongoing material developments in the underlying litigation, upon which CEI's claim for insurance coverage is premised.

Accordingly, for good cause shown, CEI respectfully requests that it be granted leave to file a Second Amended Complaint by March 20, 2020, and that further briefing on Hiscox's motion to dismiss or transfer venue be held in abeyance.

A proposed Order is attached hereto.

This 11th day of March, 2020.

                                                  Respectfully submitted,

                                                  */s/ Joshua L. Blosveren*
                                                  Joshua L. Blosveren (*pro hac vice*)
                                                  Andrew N. Bourne (*pro hac vice*)
                                                  Steven M. Silverberg (*pro hac vice*)
                                                  **HOGUET NEWMAN REGAL &**
                                                  **KENNEY, LLP**
                                                  One Grand Central Place
                                                  60 E. 42nd Street
                                                  New York, NY 10165
                                                  Telephone: 212.689.8808

Petrina A. McDaniel
Georgia Bar No. 141301
Dara D. Mann
Georgia Bar No. 469065
**SQUIRE PATTON BOGGS (US) LLP**
1230 Peachtree Street, NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 678.272.3200
Facsimile: 678.272.3211

*Attorneys for Plaintiff Cox Enterprises, Inc.*

## FONT CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document was prepared using Times New Roman 14-point type as provided in Local Rule 5.1(B).

/s/ *Joshua L. Blosveren*
Joshua L. Blosveren (*pro hac vice*)
**HOGUET NEWMAN REGAL & KENNEY, LLP**
One Grand Central Place
60 E. 42nd Street
New York, NY 10165
Telephone: 212.689.8808
Email: jblosveren@hnrklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2020, I electronically filed a copy of the foregoing Request, On Consent, For Leave to File A Second Amended Complaint And To Hold In Abeyance Further Briefing On Defendant Hiscox Insurance Company, Inc.'s Motion to Dismiss Or Transfer Venue using the CM/ECF system, which will send notification of the motion to counsel of record as follows:

*Attorneys for Cox Enterprises, Inc.:*

Andrew Bourne, Esq.
Joshua Blosveren, Esq.
Steven Silverberg, Esq.
Hoguet Newman Regal & Kenney, LLP
60 East 42nd St. 48th Floor
New York, NY 10165
212-689-8808
abourne@hnrklaw.com
jblosveren@hnrklaw.com
ssilverberg@hnrklaw.com


Dara D. Mann, Esq.
Petrina Ann McDaniel, Esq.
Squire Patton Boggs (US) LLP - Atl
1230 Peachtree St., Ne, Suite 1700
Atlanta, GA 30309
678-272-3221
Fax: 678-272-3211
Dara.Mann@squirepb.com
Petrina.Mcdaniel@squirepb.com

*Attorneys for Hiscox Insurance Company, Inc.:*

Andrea Mahady Price, Esq.
Judy Yetta Barrasso, Esq.
Robert J. Dressel, Esq.
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St.
New Orleans, LA  70112
504-589-9700
Fax: 504-589-9701
Aprice@barrassousdin.Com
Jbarrasso@barrassousdin.Com
Rdressel@barrassousdin.Com


Sterling Gardner Culpepper, III, Esq.
Rogers & Hardin, LLP
2700 International Tower, Peachtree Center
229 Peachtree St., N.E.
Atlanta, GA  30303-1601
404-420-4623
Fax: 404-230-0933
Gculpepper@rh-Law.Com


/s/ *Joshua L. Blosveren*
Joshua L. Blosveren (*pro hac vice*)
**HOGUET NEWMAN REGAL & KENNEY, LLP**
One Grand Central Place
60 E. 42nd Street
New York, NY 10165

Telephone: 212.689.8808
Email: jblosveren@hnrklaw.com