IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COX RADIO, INC., COX ENTERPRISES, INC., ) <br> MICHAEL CALTA, MATTHEW CHRISTIAN ) <br> LOYD AND TERRY GENE BOLLEA ) <br> ) <br>     Defendants. ) <br> _____) | Case No. 8:20-CV-221-T-30SPF |

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or

any other Federal or State court, or administrative agency as indicated below:

***Terry Gene Bollea professionally know as Hulk Hogan vs. Don Buchwald & Associates, Inc. et al.***, Case No. 16-002861-CI, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida

***Cox Enterprises, Inc. v. Hiscox Insurance Company***, Case No. 20-cv-00415-MHC, U.S District Court in and for the Northern District of Georgia

\_\_\_\_\_   IS NOT related to any pending or closed civil or criminal case filed with this Court, or

any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

1

Respectfully submitted this 18th day of March, 2020.

        LYDECKER |DIAZ
        *Attorneys for Plaintiff,*
        *Hiscox Insurance Company, Inc.*
        1221 Brickell Avenue, 19th Floor
        Miami, Florida 33131
        (305) 416-3180 – Phone
        (305) 416-3190 – Fax

By:   */s/ Stephen Hunter Johnson*
        STEPHEN HUNTER JOHNSON
        Florida Bar No. 12362
        shj@lydeckerdiaz.com
        SHAWN L.M. HAIRSTON
        Florida Bar No. 110046

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of March, 2020, a true and correct copy of the foregoing was electronically filed with the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a copy of the foregoing and notice of electronic filing to: Gregory A. Hearing, Esq. gregory.hearing@gray-robinson.com and Charles J. Thomas, Esq. charles.thomas@gray-robinson.com, GrayRobinson, P.A., 401 East Jackson Street, Suite 2700, Post Office Box 3324 (33601-3324), Tampa, Florida 33602 and Joshua L. Blosveren, Esq., jblosveren@hnrklaw.com, Andrew N. Bourne, Esq., abourne@hnrklaw.com, Steven M. Silverberg, Esq., ssilverberg@hnrklaw.com, Hoguet Newman Regal & Kenney, LLP, One Grand Central Place, 60 East 42nd Street, 48th Floor, New York, New York 10165, *counsel for Defendants Cox Enterprises, Inc. and Cox Radio, Inc.*

        */s/ Stephen Hunter Johnson*

        Stephen Hunter Johnson