UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.,<br><br>                                           Plaintiff,<br><br>v.<br><br>COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD AND TERRY GENE BOLLEA,<br><br>                                          Defendants. | Case No.  8:20-cv-221-T-30SPF |

**DECLARATION OF JOSHUA L. BLOSVEREN IN
SUPPORT OF MOTION TO DISMISS OR TRANSFER VENUE**

**JOSHUA L. BLOSVEREN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am an attorney admitted to practice law in the State of New York, and am a member of the law firm Hoguet Newman Regal & Kenney, LLP ("HNRK"), attorneys for Defendants Cox Enterprises, Inc. and Cox Radio, Inc. in this matter.  I have worked on this matter since its inception, and am fully familiar with the prior proceedings in this case and with the facts and circumstances discussed below.  I make this declaration based on my own personal knowledge.

2. My firm has associated with local counsel in this matter, GrayRobinson, P.A., and I have been admitted to this Court *pro hac vice* in connection with this matter.  (ECF No. 17.)

3. Attached hereto as Exhibit A is a true and correct copy of the Second Amended Complaint filed by Cox Enterprises, Inc. and Cox Radio, Inc. in Northern District of Georgia case number 1:20-cv-00415-MHC on March 20, 2020.

4. On March 9, 2020, I emailed Hiscox counsel to "propose that the parties agree on a coordinated briefing schedule in the two pending district court actions."  I explained that

"[g]iven that an agreement has been reached in the underlying litigation, and the action is likely to be officially settled in the coming days, we think it makes sense to push out the schedule a bit so as to avoid each side filing briefs that would need to be supplemented."

Dated:  March 25, 2020
                                                                  Respectfully submitted,

                                                                  _____
                                                                  Joshua L. Blosveren (*pro hac vice*)
                                                                  **Hoguet Newman Regal & Kenney, LLP**
                                                                  One Grand Central Place
                                                                  60 East 42nd Street, 48th Floor
                                                                  New York, NY 10165
                                                                  Telephone: 212.689.8808

                                                                  *Attorneys for Defendants Co x Radio, Inc. and Cox Enterprises, Inc.*