UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HISCOX INSURANCE COMPANY, INC.,

      Plaintiff,

v.

COX RADIO, INC., COX ENTERPRISES, INC., MICHAEL CALTA, MATTHEW CHRISTIAN LOYD AND TERRY GENE BOLLEA,

      Defendants.
_____/

Case No.:  8:20-cv-00221-JSM-SPF

## NOTICE OF APPEARANCE AND WAIVER OF SERVICE OF SUMMONS ON BEHALF OF TERRY BOLLEA

      Kenneth G. Turkel and Shane B. Vogt of the law firm of Bajo | Cuva | Cohen | Turkel hereby enter their appearance as counsel of record for Defendant, Terry Gene Bollea ("Mr. Bollea"), and request that copies of all pleadings and papers filed in this action be served upon them at the address listed herein.

      On March 6, 2020, Mr. Bollea's counsel received Plaintiff's request to accept service of the Summons in this action along with a copy of the Complaint.  Mr. Bollea's counsel agreed to accept service with the understanding that Mr. Bollea will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that he waives any objections to the absence of a summons or of service.

      Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Mr. Bollea understands that he must file an answer or a motion under Rule 12 on or before **May 5, 2020** (within 60 days from the date his counsel agreed to accept service of process on Mr. Bollea's behalf).  If

Mr. Bollea fails to do so, a default judgment will be entered against him.  Mr. Bollea's Waiver of the Service of Summons is attached hereto as **Exhibit 1**.

*/s/ Shane B. Vogt*
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@bajocuva.com
Shane B. Vogt – FBN 257620
E-mail:  svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193

*Attorneys for Defendant, Terry Gene Bollea*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Shane B. Vogt*
Attorney

{BC00282289:1}